FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUN 13 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:07cr116-WKW |
| | ) | [18 USC § 922(g)(1); |
| JASON SIMPSON | ) | 21 USC § 844(a)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

COUNT 1

On or about July 16, 2006, in Lowndes County, within the Middle District of Alabama, the defendant,

JASON SIMPSON,

having been previously convicted on or about the dates set forth below of the offenses set forth below, each a felony punishable by imprisonment for a term exceeding one year under the law of the State of Alabama:

| CONVICTION DATE | COURT | OFFENSE | CASE NUMBER |
|---|---|---|---|
| April 25, 2006 | Circuit Court of Lowndes County, Alabama | Possession of a Forged Instrument | CC-2005-92 |
| April 25, 2006 | Circuit Court of Lowndes County, Alabama | Theft of Property 1st Degree | CC-2005-93 |
| April 25, 2006 | Circuit Court of Lowndes County, Alabama | Escape 3rd Degree | CC-2006-38 |

did knowingly possess in and affecting commerce a firearm, that is an ROHM, Model RG10 (F.A.B.), .22 caliber short revolver, a better description of which is unknown to the grand jury. All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about July 16, 2006, in Lowndes County, within the Middle District of Alabama, the defendant,

JASON SIMPSON,

did intentionally and knowingly possess marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

A. Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment the defendant,

JASON SIMPSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of this offense, including but not limited to the following:

ROHM, Model RG10 (F.A.B.), .22 caliber short revolver.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above, all in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
JOHN T. HARMON
Assistant United States Attorney

_____
JERUSHA T. ADAMS
Assistant United States Attorney

-3-