IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07CR116-MEF |
| JASON SIMPSON | ) | |

**ORDER**

For good cause,

It is ORDERED that, pursuant to the Government's Motion for Detention (filed 9/24/2007, Doc. 4), a detention hearing is set for **Friday, 9/28/2007 at 9:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 25th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE