IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-116-WKW |
| | ) | |
| JASON SIMPSON | ) | |

**MOTION FOR AN EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

**COMES NOW** the Defendant, **JASON SIMPSON,** by Undersigned Counsel, Donnie W. Bethel, and moves this Court for an extension of time to file pretrial motions. In support of this motion, Defendant would show the following:

1. Undersigned Counsel was assigned to represent Mr. Simpson and filed his notice of appearance on Friday, September 28, 2007.

2. Undersigned Counsel was on leave from the Federal Defenders Office Tuesday through Thursday, October 2nd through October 4th, 2007, for the birth of his fifth child.

3. Monday, October 8, 2007, was a federal holiday. Undesigned Counsel was in trial on Tuesday October 9, 2007, which is the date on which pretrial motions were due. Based upon a review of the discovery provided by the Government, Undersigned Counsel believes that he may have cause to file a motion to dismiss based upon ex post facto grounds, but he needs additional time to research this issue.

4. If this Court grants Mr. Simpson's motion for an extension of time, he intends to file a motion to continue his trial so that both the Magistrate Judge and the

District Judge will have sufficient time to consider the motion to dismiss.

    5.    Assistant United States Attorney Jerusha Adams does not oppose this motion.

    **WHEREFORE**, the Defendant respectfully prays that this Motion be granted.

Dated this 10th day of October, 2007.

    Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-cr-116-WKW** |
| | ) | |
| **JASON SIMPSON** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jerusha T. Adams, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49