IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-116-MEF |
| ) | |
| JASON SIMPSON ) | |

## MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, **JASON SIMPSON**, by Undersigned Counsel, Donnie W. Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves this Court for an Order continuing this matter from the November trial term. In support of this Motion, the Defendant would show the following:

1. This case is currently scheduled for trial on November 5, 2007.

2. The Magistrate Judge has established the following schedule for the filing of a motion to dismiss in this case: Mr. Simpson must file his motion by October 26, 2007; the Government must file a response by November 2, 2007.

3. Therefore, Mr. Simpson requests that this Court continue the trial from the currently scheduled date of November 5, 2007, so that the Magistrate Judge and this Court will have adequate time to consider the pleadings of the parties.

4. Further, Mr. Simpson's preliminary investigation of the charges in this case suggest that he will need additional time to fully and properly investigate this case before proceeding to trial.

5. The United States, through Assistant United States Jerusha Adams, does not

oppose this motion to continue.

      6.    Fore the foregoing reasons, a continuance in this case will serve the ends of justice.

**WHEREFORE**, for the reasons set forth above, Mr. Simpson moves this Court to issue an Order continuing the November 5, 2007, trial date.

Dated this 15th day of October, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-cr-116-WKW** |
| | ) | |
| **JASON SIMPSON** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jerusha T. Adams, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49