IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07CR116-MEF |
| | ) | |
| JASON SIMPSON | ) | |

## ORDER

For good cause, it is

ORDERED that a second Pretrial Conference is scheduled in this case on 11/19/2007

at 11:00 a.m. in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex,

Montgomery, Alabama.

DONE this 24th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE