IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07CR116-MEF |
| | ) | |
| JASON SIMPSON | ) | |

**ORDER**

For good cause, it is

ORDERED that the Motion for Extension of Time to File Pretrial Motions (Doc. 13) is GRANTED. All motions by the defendant must be filed on or before October 26, 2007. Any response to said motions by the United States shall be filed on or before November 2, 2007.

DONE this 25th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE