**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-116-MEF |
| ) | |
| JASON SIMPSON ) | |

**MOTION TO DISMISS**

     **NOW COMES** the Defendant, **JASON SIMPSON**, by Undersigned Counsel, Donnie W. Bethel, pursuant to Federal Rule of Criminal Procedure 12, and respectfully moves this Court to dismiss Count 1of the Indictment filed against Mr. Simpson. As grounds for this Motion, Mr. Simpson would argue the following:

     1.     18 U.S.C. 922(g)(1) is unconstitutional because it unlawfully infringes upon Mr. Simpson's right to keep and bear arms, as guaranteed by the Second Amendment to the United States Constitution.

     2.     18 U.S.C. 922(g)(1) is unconstitutional because it is an unlawful exercise of Congress's authority to regulate interstate commerce under Article I, Section 8, Clause 3 of the United States Constitution.

     3.     No hearing is required to consider this Motion, as Mr. Simpson recognizes that the precedent of the 11th Circuit Court of Appeals compels this Court to deny his Motion. Mr. Simpson, however, does not make this Motion frivolously, but merely desires to preserve these issues so that he may pursue an appeal to the United States Supreme Court.

     Dated this 26th day of October, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No.: 2:07-cr-116-WKW |
| ) | |
| **JASON SIMPSON** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Jerusha T. Adams, Assistant U. S. Attorney.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49