IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 2:07-cr-116-MEF |
| | ) | |
| JASON SIMPSON | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on November 6, 2007 (Doc. #21), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE of the court that the motion to dismiss (Doc. #19) filed by the defendant is DENIED.

DONE this the 28th day of November, 2007.

      /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE