**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:07-cr-116-MEF** |
| | ) | |
| **JASON SIMPSON** | ) | |

## ORDER

Upon consideration of the Motion to Substitute Attorney (Doc. 45) filed by the United States, on February 7, 2008, and for good cause, it is

ORDERED that the motion is GRANTED and Tommie Hardwick shall be designated as counsel for the United States.

DONE, this 11th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE