IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-116-MEF |
| | ) | |
| JASON SIMPSON | ) | |

### MOTION FOR ORDER DIRECTING THE UNITED STATES
### MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Jason Simpson into the custody of Sybil Hall-McNeil/ATF and Brett Hamilton/DEA from February 20, 2008 through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Sybil Hall-McNeil and Brett Hamilton to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 14th day of February, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Jerusha T. Adams
JERUSHA T. ADAMS
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-116-MEF |
| | ) | |
| JASON SIMPSON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donnie Wayne Bethel, Esq.

> Respectfully submitted,
>
> /s/Jerusha T. Adams
> JERUSHA T. ADAMS
> 131 Clayton Street
> Montgomery, Alabama 36104
> Phone: (334) 223-7280
> FAX: (334) 223-7135
> E-mail: jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07-cr-116-MEF |
| ) | |
| JASON SIMPSON    ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed on February 14, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Jason Simpson from February 20, 2008, through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Sybil Hall-McNeil/ATF and Brett Hamilton/DEA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

3