IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )    CR. NO. 2:07-cr-116-MEF<br>)<br>JASON SIMPSON    ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed on February 14, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Jason Simpson from February 20, 2008, through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Sybil Hall-McNeil/ATF and Brett Hamilton/DEA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 19th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE