**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-116-MEF |
| ) | |
| **JASON SIMPSON** ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

**COMES NOW** the Undersigned Counsel, Donnie W. Bethel, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Jason Simpson. In support of this Motion, Undersigned Counsel states the following:

1. The Federal Defenders' Office was appointed to represent Mr. Simpson on September 24, 2007.

2. Undersigned Counsel discovered that a conflict exists between Mr. Simpson and another client, which conflict requires counsel to withdraw from further representation of both clients. Undersigned counsel will provide additional information under seal if the Court so requests.

3. Undersigned Counsel requests that CJA panel attorney, Pate DeBardeleben, be appointed to represent Mr. Simpson in all further proceedings in this case. Mr. Simpson will not be prejudiced by such a change in counsel at this time, and Mr. DeBardeleben has agreed to accept appointment.

WHEREFORE, Undersigned Counsel respectfully requests that this Motion be granted.

Dated this 22nd day of February, 2008.

                Respectfully submitted,

                s/ Donnie W. Bethel
                DONNIE W. BETHEL
                Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail:don_bethel@fd.org
                IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-116-WKW |
| | ) | |
| **JASON SIMPSON** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Jerusha T. Adams, Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49