IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-116-MEF |
| | ) | |
| JASON SIMPSON | ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel of Record and for Appointment of CJA Panel Attorney (Doc. #49) filed on February 22, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 26th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE