IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-116-MEF |
| | ) | |
| JASON SIMPSON | ) | |

**GOVERNMENT'S MOTION TO WITHDRAW PREVIOUSLY FILED MOTION**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves to withdraw the Government's Motion for Downward Departure for Acceptance of Responsibility (Doc. # 57) previously filed in the above captioned case. In support thereof, the United States submits the following:

1. The Motion for Downward Departure for Acceptance of Responsibility (Doc. # 57) was inadvertently filed and thus the United States requests that said motion be withdrawn.

2. The United States respectfully apologizes for any inconvenience to the Court and the other parties.

Respectfully submitted this the 28th day of May, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07-cr-116-MEF |
| ) | |
| JASON SIMPSON ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Crowell Pate DeBardeleben, Esquire.

Respectfully submitted,

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jerusha.adams@usdoj.gov