IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-116-MEF |
| | ) | |
| JASON SIMPSON | ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw Document (Doc. #58 ) filed on May 28, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 3rd day of June, 2008.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE